# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE ELECTRICAL WORKERS )
HEALTH AND WELFARE, *et al.*, )
                                              Plaintiffs, )    Case No. 2:10-cv-00847-KJD-GWF

vs. )    **ORDER**

COGENT ELECTRIC, INC., *et al.*, )
                                              Defendants. )

       This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#18) filed August 26, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 4, 2011. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

       **IT IS ORDERED** counsel for the parties shall file an status report which fully complies with LR 26-3 no later than **March 18, 2011**.

       DATED this 8th day of March, 2011.

                                                    GEORGE FOLEY, JR.
                                                    United States Magistrate Judge